In the United States District Court for the Northern District of New York

Joey Whitney

                Complaint

V.

                Civil action No. ____

Jarod Kraham - Mayor
Nancy J. Williams - Comisioner    Jury trial demanded
of Adult Services.
Kevin Griffiths - Broome County deputy
David Harder - Broome County Sheriff
Broome County Sheriffs Office

## I Complaint

Plaintiff - Joey Whitney, Pro se for thier complaint state as follows:

## II. Parties, Jurisdiction and Venue

1. Plaintiff - Joey Whitney was confined in the Broome County Jail, located at 155 Lt. Van Winkle dr. in the City of Binghamton, in the State of New York from Oct. 12th 2022 to June, 21st 2023 Plaintiff is currently confined at 155 Lt. Van Winkle dr. Binghamton NY 13902

2. Plaintiff - Joey Whitney is and was at all times mentioned herein, an adult citizen of the United States and a resident of the state of New York.

3. N/A

4. Defendant - Jarod Kraham - was at all relevent times herein mayor of the city of Binghamton.

5. Defendant - Nancy J. Williams was at all relevent times herein the comisioner of adult services

for the city of Binghamton with responsibility for operating and maintaining Detention, Penal and corrective Institutions within the city of Binghamton including the city Jail.

6. Defendant David Harder - is and was at all relevant times herein the warden or superintendent of the municipal prison/Jail for the city of Binghamton As superintendent of the prison/Jail Defendant manages its day to day operations and executes its policies

7. Defendant - Kevin Griffiths is and was at all relevant times herein an employee of the prison/Jail

8. Defendant - Kevin Griffiths is employed as a Deputy of the Broome county Sherriffs office

9. Defendant - city of Binghamton is and was at all relevant times herein a municipal Corporation of the state of New york.

10. This action arises under and is bought pursuant to 42 USC 1983 to remedy the deprivation under color of state law, of rights guaranteed by the 4th Amendment to the United States Constitution, this court has Jurisdiction of this action pursuant to 28 USC 1331, 1343

11 Plaintiffs claims for injuctive relief are Authorized by rule 65 of the federal rules of civil procedeure

12. This cause of action arose in the district of _____ therefore venue is proper under 28 USC section 1391 (B)

13      III Previous lawsuit by Plaintiff
Plaintiff has filed no other lawsuits dealing with the same facts involved in this action or otherwise relating to his/her Imprisonment

14. N/A
15. N/A

IV Exhaustion of Administrative Remidies

16 N/A

V Statement of claim

17 At all relevent times herin defendants were persons for purposes of 42 USC Section 1983 and acted under color of law to deprive plaintiffs of thier constitutional rights, as set forth more fully Below

## VI Statement of Facts

18. On the morning of October 2th 2022 at approx 9:15am I was asleep inside my apartment at 500 Chenango St with my girlfriend and dog. When i was awakened by someone calling my name. Awoke to find Two Sheriff Deputy's standing over my bed, stating that they were the Broome county warrant squad, and had a warrant for my arrest. My girlfriend and i asked how they had gotten into the apartment being that we were the only one's there and were both in bed asleep. They never gave an answer, i was just told to get dressed. I got dressed and was escorted outside to a waiting vehicle and transported to the Broome county jail where i have been since that day. I later learned the arresting officer was Deputy Kevin Griffiths #437 once i was at the Broome county detention center i was notified that i was arrested on a Bench warrant, and a subsequent Bail Jumping charge. I was never shown or notified about any no-knock warrant, or search warrant that would allow the entry into my home, without consent. I was later arraingened in Cap court by Judge Paul lantz on Bail Jumping charge and held on $5,000 Bail.

## VII. Prayer for relief

I would like the court to award on my behalf compensation for my lost time with my family, lost wages, my emotional distress, from losing my job, home, and everything i owned plus the waking up still to this day in fear of someone being in my space while sleeping (strangers) or not feeling secure behind a locked door.

19. Plaintiff request an order declaring that the defendants have acted in violation of the united states constitution

20. Plaintiffs request an injunction, compelling defendants to stop warrantless, arrests, and illegal entry into homes

21. plaintiff request $1.5 million as compensatory damages

Signed this day of Feb, 15th, 2023

Joey Whitney
Name of plaintiff

I declare under penalty of perjury that the forgoing is true and correct.

2-15-2023
Date

Joey Whitney
Plaintiffs name

In the United States District Court
for the Northern District of New York

Joey L. Whitney          x

v.

Jarod Kraham                              Affidavit

                                         Civil action No ____

                       x
              AFFIDAVIT of Joey L. Whitney

I Joey L Whitney Being duly sworn according to the law depose and say that i am the plaintiff in the above entitled proceeding.

1. On Oct, 12th 2023 I was awakened in my bed to two Broome County Deputys, standing in my bedroom.
2. I have no idea how they got into my apartment since me and my girlfriend where the only people there and were both asleep.
3. I was never shown a valid warrant, and still have not been given or seen a search warrant.
4. I was taken from my home against my will and have been incarcerated ever since.

All of the information i have submitted is true and correct

Joey Whitney
Signed before notary Public

JOSEPH SAFFORD
Notary Public, State of New York
No. 01SA6214016
Residing in Broome County
My Commission Expires November 23, 2025

2-15-2023